# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| DUGGAN FAMILY PARTNERSHIP, LLP, ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 5:10-CV-476 (MTT) |
| CITY OF JEFFERSONVILLE, GEORGIA, ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion for Sanctions, Attorney's Fees and Costs (Doc. 9). A hearing has been scheduled for March 15, 2011 at 10:00 a.m. At the hearing, counsel should be prepared to report on the status of remedial efforts required by the March 17, 2010 Consent Order. If counsel cannot agree to a joint report, the Court will hear evidence regarding the status of remedial work.

This 1st day of March, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT